IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRISTOPHER TERRELL PURNELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:20CV551 |
| v. | ) | 1:18CR235-1 |
| | ) | 1:18CR356-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT**

On June 24, 2020, the United States Magistrate Judge's Recommendation was filed, and, pursuant to 28 U.S.C. § 636, was served on the parties. No objections were filed. Therefore, the Court need not make a de no review and the Magistrate Judge's Recommendation [Doc. #23 in 1:18CR235-1, Doc. #14 in 1:18CR356-1] is hereby adopted.

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's request for relief under the First Step Act, which was treated as a motion under 28 U.S.C. § 2255, is denied and this action is dismissed sua sponte without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms if he seeks to attack his sentence under that statute. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

This the 29th day of July, 2020.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge